# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE M. CROSS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 25-2282** |
| | * | |
| **TJX COMPANIES, INC. ET AL** | * | **SECTION: "J" (1)** |
| | * | |
| | * | |
| | * | |

**************************************************************************

## NOTICE OF COMPLIANCE WITH REMOVAL PROCEDURE
## UNDER LOCAL CIVIL RULE 3.2 AND 28 U.S.C. § 1447(B)

NOW INTO COURT, through undersigned counsel, come Defendant, THE TJX COMPANIES INC. ("TJX"), who, in accordance with the Directive of the Clerk of Court issued November 10, 2025 [R. Doc. 4], file this Notice of Compliance with Removal Procedure Under Local Civil Rule 3.2 and 28 U.S.C. § 1447(b):

A.  A list of all parties remaining this action:

1.  Plaintiff, Jane M. Cross
    and her counsel of record:

    Andrew L. Kramer (Bar No. 23817)
    201 St. Charles Avenue, Suite 112
    New Orleans, LA 70170
    Telephone: (504) 458-3456
    Facsimile: (866) 667-3890
    Email: akramer@kramerllc.com

1

2. Defendant, The TJX Companies, Inc.
   and Defendant's counsel of record:

   Paul J. Politz (#19741)
   Caroline M. Murley (#36599)
   Victoria A. Andry (#40687)
   1555 Poydras Street, Ste. 2000
   New Orleans, LA 70112
   Telephone: (504) 525-9888
   Facsimile: (504) 525-9899
   Email: ppolitz@twpdlaw.com
   Email: cmurley@twpdlaw.com
   Email: vandry@twpdlaw.com

B.  Attached as "Exhibit A *in globo*" is a complete copy of the state court record.

C.  Attached as "Exhibit B *in globo*" are copies of the Citations issued on the above parties

    in state court.

                                    Respectfully submitted,

                                    TAYLOR, WELLONS, POLITZ & DUHE, LLC

                                      */s/ Victoria A. Andry*                      .
                                    Paul J. Politz (#19741)
                                    Caroline M. Murley (#36599)
                                    Victoria A. Andry (#40687)
                                    1555 Poydras Street, Ste. 2000
                                    New Orleans, LA 70112
                                    Telephone: (504) 525-9888
                                    Facsimile: (504) 525-9899
                                    ppolitz@twpdlaw.com
                                    cmurley@twpdlaw.com
                                    vandry@twpdlaw.com

                                    **Counsel for Defendants**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  I further certify that I mailed the foregoing document and notice of electronic filing by first class mail to all counsel of record who are not participants in the CM/ECF system on this 18th day of November, 2025.

*/s/ Victoria A. Andry*
Taylor, Wellons, Politz & Duhe, LLC